1  KARL J. KRAMER (CA SBN 136433) KKramer@mofo.com
   EMILY SHEFFIELD (CA SBN 269622) ESheffield@mofo.com
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792

5  BITA RAHEBI (CA SBN 209351) BRahebi@mofo.com
   MORRISON & FOERSTER LLP
6  555 West Fifth Street
   Los Angeles, California  90013-1024
7  Telephone: 213.892.5200
   Facsimile: 213.892.5454
8

9  Attorneys for Plaintiff
   ALTERA CORPORATION
10

11                       UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13

14 | ALTERA CORPORATION | Case No. 3:12-CV-00342-JCS |
|---|---|
15 | Plaintiff, | **STIPULATION TO EXTEND TIME FOR MOSAID TECHNOLOGIES INC. TO RESPOND TO COMPLAINT** |
16 | v. | |
17 | | |
18 | MOSAID TECHNOLOGIES INC., | |
19 | Defendants. | |

STIPULATION TO EXTEND TIME FOR MOSAID TECHNOLOGIES INC. TO RESPOND TO COMPLAINT
CASE NO. 3;12-CV-00342-JCS
pa-1513612

Under Civil L.R. 6-1(a), Plaintiff Altera Corporation ("Altera") and Defendant MOSAID Technologies Inc. ("MOSAID") hereby submit the following stipulation between MOSAID and Altera in this action extending the time for MOSAID to file a responsive pleading to Altera's Complaint ("Complaint"):

Counsel for Altera and MOSAID have met and conferred concerning extending the time within which MOSAID may respond to Altera's Complaint. Altera and MOSAID have mutually agreed to a 45-day extension of time for MOSAID to file a responsive pleading to Altera's Complaint. Pursuant to the agreement, Altera and MOSAID have mutually agreed that the filing of this stipulation does not waive any of MOSAID's defenses and should not be construed as MOSAID submitting to the jurisdiction of the Court or the venue of the Court.

THEREFORE, it is hereby STIPULATED AND AGREED that the time in which MOSAID may file a responsive pleading to Altera's Complaint is extended for 45 days. MOSAID will file its responsive pleading to Altera's Complaint on or before **April 9, 2012**.

DATED: February 23, 2012

MORRISON & FOERSTER LLP

By: /s/ Karl J. Kramer
Karl J. Kramer
Attorneys for Plaintiff
ALTERA CORPORATION

DATED: February 23, 2012

BAKER BOTTS L.L.P.

By: /s/ Kurt M. Pankratz
Kurt M. Pankratz
Attorneys for Defendant
MOSAID TECHNOLOGIES INC.

Dated: Feb. 24, 2012

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: February 23, 2012    BY: /s/ Karl J. Kramer_____
                                Attorneys for Plaintiff
                                ALTERA CORPORATION