IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALTERA CORPORATION,

    Plaintiff,

  v.

MOSAID TECHNOLOGIES, INC. and LSI CORPORATION,

    Defendants.

No. C 12-0342 SI

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DEADLINES RELATING TO ITS MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO TRANSFER VENUE**

    On May 21, 2012, the Court granted plaintiff Altera Corp.'s motion to conduct expedited jurisdictional discovery, requiring the disclosure by defendant MOSAID Technologies, Inc. of numerous categories of information related to its contacts with California. *See* dkt. 40. The jurisdictional discovery is necessary for Altera's opposition to MOSAID's motion to dismiss. That opposition is currently due on June 8, 2012, and the motion is set for hearing on June 29, 2012. Pursuant to a prior Court order, Altera requested that the jurisdictional discovery be complete by May 31, 2012.

    MOSAID has filed a motion to extend deadlines related to the motion to dismiss. MOSAID argues that it is working diligently to provide the information requested by Altera, but cannot complete its obligations under the current deadlines. It therefore requests a one-month extension of the deadlines related to the motion to dismiss. Altera opposes the extension, arguing that it is effectively a motion for reconsideration and is thus defective as it "simply echo[es]" the arguments made by MOSAID in opposing the request for expedited discovery, and that Altera will be prejudiced by a month of delay.

    The Court finds that a month extension of all deadlines is reasonable. Altera requested a broad swath of documents related to MOSAID's connections to California, including all licensing agreements with California entities, financial statements showing revenue that MOSAID has earned from business with California entities since January 2006, and documents related to seminars or conferences that MOSAID attended in California. Even if MOSAID is correct that its contacts with California are

limited, the nature of these documents may take time to collect and review.

The June 29, 2012 hearing date for the motion to dismiss is hereby VACATED. The hearing is rescheduled for **July 27, 2012**. The deadline for production of jurisdictional discovery is **June 29, 2012**; Altera's opposition to MOSAID's motion is due **July 9, 2012**, and MOSAID's reply is due **July 16, 2012**.

**IT IS SO ORDERED.**

Dated: June 4, 2012

SUSAN ILLSTON
United States District Judge