1   KARL J. KRAMER (CA SBN 136433)
    KKramer@mofo.com
2   EMILY H. SHEFFIELD (CA SBN 269622)
    ESheffield@mofo.com
3   MORRISON & FOERSTER LLP
    755 Page Mill Road
4   Palo Alto, California  94304-1018
    Telephone: 650.813.5600
5   Facsimile: 650.494.0792

6   BITA RAHEBI (CA SBN 209351)
    BRahebi@mofo.com
7   ALEX S. YAP (CA SBN 241400)
    AYap@mofo.com
8   MORRISON & FOERSTER LLP
    555 West Fifth Street
9   Los Angeles, California 90013-1024
    Telephone:  213.892.5200
10  Facsimile:  213.892.5454

11  Attorneys for Plaintiff
    ALTERA CORPORATION
12
    [Counsel for MOSAID Listed on Signature
13  Page]

14

15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19  ALTERA CORPORATION,                    Case No.    C 12-00342SI

20                      Plaintiff,         **STIPULATED REQUEST FOR
                                           ORDER CHANGING TIME**
21          v.

22  MOSAID TECHNOLOGIES INC.
    LSI CORPORATION,
23
                        Defendant.
24

25

26

27

28

STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. 3:12-CV-00342 SI
la-1175565

1       Plaintiff Altera Corporation ("Altera") and Defendant MOSAID Technologies

2   ("MOSAID"), by and through their respective counsel of record, hereby stipulate to change time

3   pursuant to Local Rule 6-2.

4       **A.**    **Reasons for the Enlargement of Time**

5       On May 9, 2012, MOSAID filed an Amended Motion to Dismiss Altera's First Amended

6   Complaint or in the Alternative Transfer.  (Dkt. No. 35.)  The parties have reached a settlement in

7   the case and therefore request a two-week continuance of all pending dates, including the

8   deposition of MOSAID's 30(b)(6) witnesses scheduled for July 6, 2012, so that the settlement

9   agreement can be finalized and executed.

10      **B.**    **Effect the Requested Time Modification Will Have on Court's Schedule**

11      The requested modifications are as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Altera's Opposition to MOSAID's Motion to Dismiss or in the Alternative Transfer | July 13, 2012 | July 27, 2012 |
| Hearing on MOSAID's Motion to Dismiss or in the Alternative Transfer | August 3, 2012 | August 17, 2012 |

Respectfully submitted,

Dated:  July 2, 2012

KARL J. KRAMER
BITA RAHEBI
ALEX S. YAP
EMILY H. SHEFFIELD
MORRISON & FOERSTER LLP


By:  */s/ Karl J. Kramer*
     Karl J. Kramer

     Attorneys for Plaintiff
     ALTERA CORPORATION

Dated: July 2, 2012                     KURT PANKRATZ
                                        JONATHAN B. RUBENSTEIN
                                        KEVIN E. CADWELL
                                        JON V. SWENSON
                                        DAVID SCHLITZ
                                        BAKER BOTTS L.L.P.


                                        By:  */s/ Jonathan B. Rubenstein*
                                             Jonathan B. Rubenstein

                                        Attorneys for Defendant
                                        MOSAID TECHNOLOGIES INC.

                                        Kevin E. Cadwell (CA SBN 255794)
                                        Kevin.Cadwell@bakerbotts.com
                                        Jon V. Swenson (CA SBN 233054)
                                        Jon.Swenson@bakerbotts.com
                                        BAKER BOTTS L.L.P.
                                        620 Hansen Way
                                        Palo Alto, CA 94304
                                        Telephone: (650) 739-7500
                                        Facsimile: (650) 739-7699

                                        Kurt Pankratz (*pro hac vice*)
                                        Kurt.Pankratz@bakerbotts.com
                                        Jonathan B. Rubenstein (*pro hac vice*)
                                        Jonathan.Rubenstein@bakerbotts.com
                                        BAKER BOTTS L.L.P.
                                        2001 Ross Avenue, Suite 600
                                        Dallas, TX 75201
                                        Telephone: (214) 953-6500
                                        Facsimile: (214) 953-6503

                                        David Schlitz (*pro hac vice*)
                                        David.Schlitz@bakerbotts.com
                                        BAKER BOTTS L.L.P.
                                        1299 Pennsylvania Avenue NW #1250
                                        Washington, D.C. 20004
                                        Telephone: (202) 639-7700
                                        Facsimile: (202) 585-1020

                                        Attorneys for Defendant MOSAID
                                        TECHNOLOGIES INC.

IT IS SO ORDERED.

Dated: _____ 7/2/12 _____          _____
                                               Hon. Susan Illston

                                               Judge, United States District Court

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION CLAUSE**

I, Bita Rahebi, hereby attest in accordance with General Order No. 45.X(B) that Jonathan B. Rubenstein, counsel for Defendant MOSAID Technologies Inc., has provided his concurrence with the electronic filing of the foregoing document entitled STIPULATED REQUEST FOR ORDER CHANGING TIME.


Dated: July 2, 2012                    By:  */s/ Karl J. Kramer*
                                                          Karl J. Kramer