| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
|   | KKramer@mofo.com |
| 2 | EMILY H. SHEFFIELD (CA SBN 269622) |
|   | ESheffield@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
|   | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |
| 6 | BITA RAHEBI (CA SBN 209351) |
|   | BRahebi@mofo.com |
| 7 | ALEX S. YAP (CA SBN 241400) |
|   | AYap@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 555 West Fifth Street |
| 9 | Los Angeles, California 90013-1024 |
|   | Telephone: 213.892.5200 |
| 10 | Facsimile: 213.892.5454 |
| 11 | Attorneys for Plaintiff |
|    | ALTERA CORPORATION |
| 12 | |
|    | [Counsel for MOSAID Listed on Signature Page] |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ALTERA CORPORATION, | | Case No.   C 12-00342SI |
| | Plaintiff, | **ALTERA'S NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST LSI CORPORATION** |
| v. | | |
| MOSAID TECHNOLOGIES INC., LSI CORPORATION, | | **STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST MOSAID TECHNOLOGIES INC. WITH PREJUDICE** |
| | Defendants. | |

NOTICE/STIPULATION OF DISMISSAL
C 12-00342SI
pa-1530294

1  PLEASE TAKE NOTICE THAT pursuant to F.R.C.P., Rule 41(a)(1)(A)(i), Plaintiff Altera., hereby voluntarily dismisses the above-entitled action against Defendant LSI Corporation, and hereby files this notice of dismissal with the Clerk of the Court before service by Defendant of an answer or a motion for summary judgment.

Respectfully submitted,

Dated: July 6, 2012

KARL J. KRAMER
BITA RAHEBI
ALEX S. YAP
EMILY H. SHEFFIELD
MORRISON & FOERSTER LLP

By: /s/ Karl J. Kramer
        Karl J. Kramer

Attorneys for Plaintiff
ALTERA CORPORATION

IT IS HEREBY STIPULATED by and between Altera Corporation ("Altera") and MOSAID Technologies Inc. ("MOSAID") through their designated legal counsel that, pursuant to the Settlement Agreement entered into between the parties on July 6, 2012, all claims in the above-captioned action by or between them shall be and hereby are dismissed in their entirety, with prejudice, pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this litigation.

Respectfully submitted,

Dated: July 6, 2012

KARL J. KRAMER
BITA RAHEBI
ALEX S. YAP
EMILY H. SHEFFIELD
MORRISON & FOERSTER LLP

By: /s/ Karl J. Kramer
        Karl J. Kramer

Attorneys for Plaintiff
ALTERA CORPORATION

NOTICE/STIPULATION OF DISMISSAL
C 12-00342SI
pa-1530294

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 6, 2012 | KURT PANKRATZ |
| 3 | | JONATHAN B. RUBENSTEIN |
| | | KEVIN E. CADWELL |
| 4 | | JON V. SWENSON |
| | | DAVID SCHLITZ |
| 5 | | BAKER BOTTS L.L.P. |

By: */s/ Jonathan B. Rubenstein*
      Jonathan B. Rubenstein

Attorneys for Defendant
MOSAID TECHNOLOGIES INC.

Kevin E. Cadwell (CA SBN 255794)
Kevin.Cadwell@bakerbotts.com
Jon V. Swenson (CA SBN 233054)
Jon.Swenson@bakerbotts.com
BAKER BOTTS L.L.P.
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

Kurt Pankratz (*pro hac vice*)
Kurt.Pankratz@bakerbotts.com
Jonathan B. Rubenstein (*pro hac vice*)
Jonathan.Rubenstein@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

David Schlitz (*pro hac vice*)
David.Schlitz@bakerbotts.com
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue NW #1250
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 585-1020

Attorneys for Defendant MOSAID
TECHNOLOGIES INC.

1 | IT IS SO ORDERED.
2 | Dated: 7/9/12

/s/ Susan Illston

Hon. Susan Illston

Judge, United States District Court

NOTICE/STIPULATION OF DISMISSAL
C 12-00342SI
pa-1530294

3

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this **ALTERA'S NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST LSI CORPORATION and STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST MOSAID TECHNOLOGIES INC. WITH PREJUDICE.** In compliance with General Order 45, X.B., I hereby attest that Jonathan B. Rubenstein has concurred in this filing.

Dated: July 6, 2012            MORRISON & FOERSTER LLP

By:    */s/ Karl J. Kramer*
KARL J. KRAMER
Attorneys for Plaintiff
ALTERA CORPORATION

NOTICE/STIPULATION OF DISMISSAL
C 12-00342SI
pa-1530294

1